# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| ANTHONY PORTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:18-CV-138 RWS |
| | ) |
| ANTHONY VEZEAU, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. After a review of plaintiff's financial information, the Court will grant plaintiff's motion. The Court will also assess an initial partial appellate filing fee of $1.00 pursuant to 28 U.S.C. § 1915(b). Additionally, the Court will direct the Clerk of Court to request that the agency having custody of plaintiff begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $505 appellate fee is paid in full.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #27] is **GRANTED.**

**IT IS FURTHER ORDERED** that an initial appellate filing fee of $1.00 is assessed at this time. Plaintiff shall pay the initial appellate filing fee to this Court within thirty (30) days of the date of this Memorandum and Order. He shall write on his remittance the case number from the Eighth Circuit Court of Appeals.

**IT IS FURTHER ORDERED** that the Clerk of Court shall request that the agency having custody of plaintiff begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $505 appellate fee is paid in full.

**IT IS FURTHER ORDERED** that if plaintiff is transferred from his current place of confinement, the agency having custody of plaintiff shall notify the Court of the place where he is transferred within thirty (30) days of his transfer.

Dated this 15th day of December, 2020.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE